James Murphy, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Motion denied.

Estelle L. Jarvis, Respondent, v. Metropolitan Street Railway Company, Appellant.— Motion denied.

Louis Baldinger and Another, Appellants, v. Michael J. Naughton, Respondent.— Motion for leave to discontinue appeal granted upon payment, within ten days, of twenty-five dollars costs to the respondent; otherwise motion denied, with ten dollars costs.

Patrick Sullivan, Respondent, v. Metropolitan Street Railway Company, Appellant.— Motion denied.

Medad E. Stone, as Administratrix, etc., [Respondent, v. Bridget Cronin, Individually, etc., Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects his appeal papers and cause them to be filed and served within fifteen days, in which event the case is placed at the foot of the calendar and motion denied.

George E. Hallock, as Executor, etc., Respondent, v. Kate Fenner and Others, Appellants.— Motion denied.

Oliver Landreth and Others, Appellants, v. Archibald F. Wyckoff, Respondent.— Motion denied.

Henry J. Helgers, Appellant, v. The Staten Island Midland Railroad Company, Respondent.— Motion granted unless the appellant file and serve his printed papers on appeal within ten days, in which event the case is placed at the foot of the calendar.

Ernst Henken and Another, Appellants, v. Frederick Schwicker and Another, Respondents.— Motion denied.

James E. Horton, Appellant, v. The Erie Railroad Company, Respondent.— Motion denied.

William D. Bartles, Respondent, v. Gabriel Schwab, Appellant.— Motion denied.

Agnes Ogle, Respondent, v. William Dershem, Appellant.— Motion denied.

The People of the State of New York, Plaintiff, v. The Granite State Provident Association, Defendant.— The court desires to see counsel in this matter.

William Man and William O. Platt, as Trustees, v. The New York and Sea Beach Railway Company and Others.— Motion granted. Order to be settled before Hirschberg, J.

Louis W. Nusbaum, Respondent, v. The South Shore Water Works, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Samuel Adenbaum, Respondent, v. Joseph H. Cohen and Others, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. All concurred.

Bella Goldberg, an Infant, by Isidor Goldberg, her Guardian ad Litem, Respondent, v. Rebecca Strosensky, Appellant, Impleaded with Louis Ettinghoff.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

John Scanlan, Respondent, v. Emanuel S. Kahn and Others, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulates to reduce recovery of damages to the sum of $4,000, and extra allowance proportionately, in which case the judgment as modified is unanimously affirmed, without costs of this appeal to either party. No opinion. Hirschberg, J., not sitting.

Frederick A. Pine and George W. Sturges, Respondents, v. Edwin H. Sayre, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

John Fallon, as Administrator, etc., of Michael Fallon, Deceased, Respondent, v. William C. Howard, Appellant.— Order denying motion to make complaint more definite and certain affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

John Fallon, as Administrator, etc., of Michael Fallon, Deceased, Respondent, v. William C. Howard, Appellant.— Order denying motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

David Stevenson Brewing Company, Appellant, v. Olga Rebecca Jordan, Respondent.— Judgment and order affirmed, with costs. No opinion. All concurred.

Fred. J. Pinsker and George J. Pinsker, Respondents, v. Adolph Pinsker and Julius A. Pinsker, Appellants.— Judgment affirmed, with costs. No opinion. All concurred.

James Kelly, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Goodrich, P. J., absent.

Gregorio di Lorenzo, Respondent, v. Johanna di Lorenzo, Appellant.— Order allowing filing of the exception affirmed on argument, without costs.

In the Matter of Alvaro J. Adams, an Attorney.— We think that the claim of the petitioners in this matter should be determined upon a summary application at Special Term before any action is taken by the Appellate Division looking toward a future investigation of these charges. The affidavits submitted by the petitioners in reply to the attorney's defense are, in many respects, too vague to be accepted as positive denials. If the summary application results unfavorably to the attorney, this proceeding may be renewed.